In the Matter of the Application of the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, Relative to Acquiring Easements under Land at Fulton, Willoughby and Adams Streets in the Borough of Brooklyn.

THE CITY OF NEW YORK, Appellant; THE BROOKLYN CITIZEN, Respondent.

*Eminent domain — condemnation proceedings — New York city — acquisition of easements under land for purposes of subway — measure of damages.*

Matter of Public Service Comm. (*Fulton, Willoughby & Adams Sts.*), 205 App. Div. 848, affirmed.

(Argued April 19, 1923; decided May 8, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1923, which unanimously affirmed an order of Special Term awarding damages in condemnation proceedings to acquire an easement in perpetuity for the construction, maintenance and operation of the Brooklyn rapid transit subway under property of the respondent herein. Appellant contended that the award was based upon an erroneous measure of damages.

*George P. Nicholson,* Corporation Counsel (*Charles J. Nehrbas* and *Edward J. Kenney, Jr.,* of counsel), for appellant.

*John Woodward, Thomas F. Twyford* and *William Van Wyck* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.